574 A.2d 601

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES, Appellant,

v.

INGERSOLL–RAND COMPANY; Energy Hydro Incorporated; Chain Dam and Canal Hydroelectric Joint Venture, a Joint Venture; Chain Dam Hydroelectric Associates, a Limited Partnership; Chain Dam Hydroelectric Corporation; and Alternate Energy Hydro Incorporated.

Supreme Court of Pennsylvania.

Argued May 8, 1990.

Decided May 23, 1990.

M. Dukes Pepper, Lisa E. Comer, Asst. Counsels–DER, Nels J. Taber, Harrisburg, for appellant.

Timothy I. McCann, Philadelphia, and Hugh J. Hutchinson, for Energy Hydro Inc., et al.

Eileen Epley Wiggins, Philadelphia, for Ingersoll–Rand Co.

Pedro Boone, Bethlehem, for Chain Dam Hydroelectric Corp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.